IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00071-MR-WCM

| | | |
|---|---|---|
| BORGWARNER TURBO SYSTEMS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ZOLLNER ELECTRONICS | ) | |
| COSTA RICA LTDA. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Alexandra J. Hirsch. The Motion indicates that Ms. Hirsch, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Adam Ratliff, who the Motion represents as being a member in good standing of the Bar of Michigan. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Ms. Hirsch has not conferred with counsel for Defendant regarding the Motion because Defendant has not yet appeared in this action.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Adam Ratliff be reconsidered, after Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the

instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 5) is **GRANTED**, and Adam Ratliff is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Ratliff's admission, provided that any such motion is filed within **fourteen days** of Defendant's appearance in this matter and is appropriately supported.

Signed: April 4, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge